# EXHIBIT A

DOCUMENT 2
Case 5:20-cv-01972-AKK   Document 1-1   Filed 12/09/20   Page 2 of 6

ELECTRONICALLY FILED
7/30/2020 8:54 AM
47-CV-2020-901078.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

**IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA**

| | |
|---|---|
| **TINIA YOUNG,** )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**PUBLIX SUPER MARKETS, INC.**, a foreign )<br>corporation doing business in Alabama; ABC, )<br>being the person, firm or corporation which )<br>owned, operated, or controlled the premises )<br>located at 6707 Highway 431 South Owens )<br>Cross Roads, AL 35763; DEF, being the )<br>person, firm, or corporation who was )<br>responsible for maintaining and keeping the )<br>floors of PUBLIX Grocery Store located at )<br>6707 Highway 431 South Owens Cross Roads, )<br>AL 35763, at the time of the Plaintiff's injury; )<br>and GHI, being the individual manager or )<br>supervisory person at the PUBLIX Grocery )<br>Store located at 6707 Highway 431 South )<br>Owens Cross Roads, AL 35763 on or about )<br>February 21, 2020, who was responsible for )<br>maintaining and keeping the premises clean )<br>and free of dangerous conditions at the time of )<br>the Plaintiff's injury, whose true names and )<br>legal status are unknown to the Plaintiff at this )<br>time, but who will be added by amendment as )<br>soon as ascertained, )<br>)<br>**Defendants.** )<br>) | **CIVIL ACTION NO. _____**<br>**JURY DEMANDED** |

**COMPLAINT**

**I. PARTIES**

1. The Plaintiff, Tinia Young, is an adult individual resident of Madison County, Alabama.

2. The Defendant, Publix Super Markets, Inc, (hereinafter referred to as "Publix"), is a foreign corporation which regularly does business in Madison County, Alabama.

3. The incident which forms the basis of this case occurred in the Publix Super Market store in Owens Cross Roads, Madison County, Alabama.

4. It is upon the information and belief of the Plaintiff that the fictitious Defendants, ABC, DEF, and GHI are individual citizens and/or corporate entities doing business in the State of Alabama.

## II. FACTS

5. On or about February 21, 2020 the Plaintiff, Tinia Young, was a business invitee on the premises of Publix. As she was walking down one of the Defendant's aisles, in the presence of the store Manager and Pharmacy Worker, the Plaintiff slipped on a sticky substance which was on the floor. As a direct and proximate result, she was caused to sustain severe and permanent injuries to her shoulder and knee.

## III. FIRST CAUSE OF ACTION - NEGLIGENCE/WANTONNESS
### (Publix Super Market, Inc., and ABC)

6. Plaintiff re-alleges and incorporates herein by reference each and every allegation set forth above.

7. The Plaintiff avers that all of her injuries and damages were proximately caused by the negligence and/or wantonness of the Defendant, Publix, and/or Defendant ABC and/or their agents, servants, or employees while acting within the line and scope of their employment for the Defendants.

8. At the time of the incident which is the subject of this action, Plaintiff Tinia Young was a business invitee on the premises of Publix. All of her injuries and damages were caused by the negligent and/or wanton failure of the Defendant, Publix, and/or Defendant ABC to use reasonable care to provide her with a reasonably safe environment.

## IV. SECOND CAUSE OF ACTION - NEGLIGENCE/WANTONNESS
### (Defendant DEF)

9. Plaintiff re-alleges and incorporates herein by reference each and every allegation set forth above.

10. The Plaintiff avers that all of her injuries and damages were proximately caused by the negligence and/or wantonness of the Defendant, DEF, and its agents, servants, or employees while acting within the line and scope of their employment for the Defendant, DEF.

11. At the time of the incident which is the subject of this action, Plaintiff Tinia Young was a business invitee on the premises of Publix.  All of her injuries and damages were caused by the negligent and/or wanton failure of the Defendant, DEF, to use reasonable care to provide her with a reasonably safe environment.

## V.  THIRD CAUSE OF ACTION - NEGLIGENCE/WANTONNESS
### (Defendant GHI)

12. Plaintiff re-alleges and incorporates herein by reference each and every allegation set forth above.

13. The Plaintiff avers that all of her injuries and damages were proximately caused by the negligence and/or wantonness of the Defendant, GHI, and its agents, servants, or employees while acting within the line and scope of their employment for the Defendant, DEF.

14. At the time of the incident which is the subject of this action, Plaintiff Tinia Young was a business invitee on the premises of Publix.  All of her injuries and damages were caused by the negligent and/or wanton failure of the Defendant, DEF, to use reasonable care to provide her with a reasonably safe environment.

## VI. SPOLIATION OF EVIDENCE

15. Plaintiff re-alleges and incorporates herein by reference each and every allegation set forth above.

16. The Plaintiff avers that the Defendants knew that the incident made the basis of this lawsuit occurred on their premises, that a customer (business invitee) had injured its knee and shoulder and on the Defendant's premises, and that the Plaintiff sustained injuries. However, the Defendant failed, whether negligently or willfully, to preserve the surveillance video depicting the subject incident.

17.	The Defendant's inexcusable failure to preserve video evidence constitutes "spoliation of evidence" under Alabama law, which is an attempt to suppress and/or destroy material evidence that would have been favorable to their adversary. In this case, the video evidence would have been favorable to the Plaintiff, however, the Defendant either ordered or allowed said evidence to be destroyed.

## VIII.  CAUSATION / DAMAGES

As a direct and proximate result of the negligent and wanton acts or omissions of the Defendant(s), the Plaintiff suffered physically and emotionally, and now seeks to recover for the following injuries and damages for an amount that will not exceed the Courts jurisdictional limits:

(a)	Past medical expenses;

(b)	Future medical expenses;

(c)	Past and future wage loss including permanent impairment of earning capacity;

(d)	Permanent physical disability;

(e)	Past and future physical pain and mental anguish; and

(f)	All costs and interest(s) allowable by law

(g)	All other damages allowed by law, and/or deemed appropriate and equitable by this Honorable Court.

Respectfully submitted,

*/s/ Muhammad I. Abdullah*
**MUHAMMAD I. ABDULLAH (ABD002)**
Attorneys for Plaintiff

**OF COUNSEL:**
**WETTERMARK & KEITH LLC**
3595 Grandview Parkway, Suite 350
Birmingham, AL 35243
Telephone: (205) 212-3342
Facsimile: (205) 994-7257
Email: mabdullah@wkfirm.com

**PLEASE SERVE DEFENDANTS BY CERTIFIED MAIL**

PUBLIX SUPER MARKETS, Inc
c/o Corporate Creations Network, Inc.
4000 Eagle Point Corporate Drive
Birmingham, AL 35242